Civil- (Dec-2008)

HONORABLE: T. O. Farrish
DEPUTY CLERK: R. K. Wood
RPTR/ECRO/TAPE: FTR
TOTAL TIME: ___ hours  5 minutes
DATE: 8/31/2021   START TIME: 4:14 p.m.   END TIME: 4:19 p.m.
LUNCH RECESS  FROM: ____  TO: ____
RECESS (if more than ½ hr)  FROM: ____  TO: ____

CIVIL NO. 3:16CV1392 (SRU)

Gaffney
vs
Perelmuter, et al.

J. Shea
Plaintiff's Counsel

T. O'Neill
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                     ☐ Show Cause Hearing
☐ Evidentiary Hearing                ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing

☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..       Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..       Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..       Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..       Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..  ☐ Briefs(s) due ____  ☐ Proposed Findings due ____  Response due ____
☐ …..       _____ ☐ filed ☐ docketed
☐ …..       _____ ☐ filed ☐ docketed
☐ …..       _____ ☐ filed ☐ docketed
☐ …..       _____ ☐ filed ☐ docketed
☐ …..       _____ ☐ filed ☐ docketed
☐ …..       _____ ☐ filed ☐ docketed
☐ …..       _____ Hearing continued until _____ at _____

Notes: Settlement terms placed on the record.